BRIAN O'DWYER~
GARY SILVERMAN
CHRISTOPHER DOWNES*
VICTOR GRECO
CODY K. McCONE
MARIANNA O'DWYER
J. P. DELANEY
JASON S. FUIMAN~ᐃ*

STEVEN ARIPOTCH
M. GLADYS T. ORANGA
JOY K. MELE*
ZACHARY R. HARKIN
BRADLEY L. WALDMAN
IAN K. HENDERSON*
BEENA AHMAD*

**O'DWYER & BERNSTIEN, LLP**
ATTORNEYS AT LAW
PAUL O'DWYER WAY
52 DUANE STREET
NEW YORK, N.Y. 10007
(212) 571-7100
FAX (212) 571-7124



PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)
FRANK DURKAN (1930-2006)

OF COUNSEL:
MICHAEL CARROLL
THOMAS J. HUGHES, JR.

* ALSO ADMITTED IN NJ
ᐃ ALSO ADMITTED IN PA
~ ALSO ADMITTED IN DC

WRITER'S DIRECT DIAL

January 13, 2015

**VIA ECF**
The Honorable William F. Kuntz, II, USDJ
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>USWU Local 74 Welfare Fund v. Neighborhood Health Services Corp. et al.</u>
13 CV 5491 (WFK) (RML)

Dear Judge Kuntz:

This firm represents plaintiff U.S.W.U. Local 74 Welfare Fund (hereinafter "Welfare Fund") in connection with the above-referenced matter.

We write to advise the Court that defendant Neighborhood Health Services Corporation ("NHSC") filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of New Jersey on January 7, 2015 (Case 15-bk-10277-VFP). We contacted NHSC's bankruptcy counsel (Donald F. Campbell, Jr., of Giordano, Halleran & Ciesla, PC) and counsel in the current litigation (Montell Figgins of the Law Offices of Montell Figgins) requesting that they notify the Court of NHSC's filing and the automatic stay of all proceedings that accompanies such a bankruptcy filing. NHSC's bankruptcy counsel advised us to notify the Court that "the automatic stay is in effect."

In view of the automatic stay provisions that we are advised are currently in effect, counsel for the Welfare Fund does not intend to appear at tomorrow's pre-motion conference scheduled for 2 p.m., unless specifically directed to do so by this Court.

We thank the Court for its consideration of this submission.

Respectfully,
O'DWYER & BERNSTIEN, LLP

ZACHARY HARKIN

cc: Montell Figgins, Esq. (via ECF)
Donald F. Campbell, Esq. (via electronic mail)