UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

U.S.W.U. LOCAL 74 WELFARE FUND
By its Trustees SAL ALLADEEN and DANIEL AUSTIN

        **ORDER**

        Plaintiff,

        13-CV-5491 (WFK) (RML)

        -against-

NEIGHBORHOOD HEALTH SERVICES
CORPORATION, d/b/a THE PLAINFIELD HEALTH
CENTER, and PLAINFIELD NEIGHBORHOOD
HEALTH SERVICES CORPORATION,

        Defendants.

------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On December 19, 2014, Plaintiff U.S.W.U. Local 74 Welfare Fund filed a letter requesting permission to move for summary judgment. Dkt. 16. In the letter, Plaintiff stated that it intended to file a motion for summary judgment as the parties had been unable to finalize the settlement that was agreed upon in principle because Defendants had failed to make payments under the schedule Defendants proposed and Plaintiff accepted. *Id.* Defendants failed to respond to the letter requesting permission to move for summary judgment. The Court ordered the parties to attend a pre-motion conference on January 14, 2015 regarding Plaintiff's request to file a motion for summary judgment. Defendants failed to appear for the scheduled pre-motion conference. Accordingly, it is hereby ordered that:

    1. Plaintiff shall file the Motion for Summary Judgment by Friday, February 13, 2015;

1

2. Defendants shall file its opposition papers, if any, to the Motion for Summary Judgment by Friday, March 13, 2015;

3. Plaintiff shall file its reply papers by Friday, March 27, 2015.

In accordance with the bundling rule, Plaintiff shall be responsible for filing all briefing papers on ECF by 5:00 p.m. on Friday, March 27, 2015. In addition, Plaintiff shall send a courtesy copy of all motion papers to the Court via first-class mail, addressed to Mr. Andrew Jackson. The Court will decide the motion on the papers, though it reserves the right to call the parties in for oral argument. Furthermore, the parties are advised that discovery will not be stayed pending the briefing and determination of the motion.

SO ORDERED
s/WFK
_____
WILLIAM F. KUNTZ, II
United States District Judge

Dated:	January 15, 2015
	Brooklyn, New York